

# THE ATTORNEY GENERAL
## OF TEXAS

GROVER SELLERS
~~XXXXXXXXXXXXXXXXXXXXX~~D
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Donald Allums
County Auditor
Hardin County
Kountze, Texas

Dear Sir:

Opinion No. O-6307
Re: Under the facts given, may
the commissioners' court
authorize the employment of
a stenographer for the county
judge, who is a second cousin
to the said judge.

This will acknowledge receipt of your letter of recent date requesting our opinion on the above stated question.

Article 432 of the Penal Code provides as follows:

"No officer of this State or any office of any district, county, city, precinct, school district, or other municipal subdivision of this State, or any officer or member of any State, district, county, city, school district or other municipal board, or judge of any court, created by or under authority of any general or special law of this State, or any member of the Legislature, shall appoint, or vote for, or confirm the appointment to any office, position, clerkship, employment or duty, of any person related within the second degree by affinity or within the third degree by consanguinity to the person so appointing or so voting, or to any other member of any such board, the Legislature, or court of which such person so appointing or voting may be a member, when the salary, fees, or compensation of such appointee is to be paid for, directly or indirectly, out of or from public funds or fees of office of of any kind or character whatsoever."

Article 433 of the Penal Code sets forth those to whom the inhibitions of this law apply and included therein are members of the commissioners' court. A county judge is a member of the commissioners' court.

By the provisions of the nepotism law, members of the commissioners' court are prohibited from appointing to any employ-ment any person who is related to any member of such court within the degrees specified therein, when the compensation for such em-ployment is to be paid out of public funds.

Second cousins are related within the third degree, either by consanguinity, or blood, or by affinity or marriage. If the stenographer is related to the county judge by consanquinity or blood, she may not be legally employed, for such employment is pro-hibited by the plain provisions of Article 432. However, if she is related to the county judge by affinity, or marriage only, her em-ployment is not prohibited by said statute.

We trust that the foregoing answers your inquiry.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By
s/ Fred C. Chandler

Fred C. Chandler
Assistant

FCC:db:egw

APPROVED FEB 23, 1945
s/ Carlos Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee
By BWB Chairman